

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00298-CV
### NO. 02-17-00300-CV

IN THE INTEREST OF A.M.,
A CHILD

-----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 323-103401-16, 323-105593-17

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered appellants' "Verified Joint Motion to Set Aside Trial Court's Judgment[s] and Remand Based on Settlement Agreement." It is the court's opinion that the motion should be granted; therefore, in accordance with rule 42.1(a)(2)(B), we set aside the trial court's August 22, 2017 orders without regard to the merits and remand these cases to the trial court to render judgments in accordance with the parties' settlement agreement.[2]  *See* Tex. R.

---

[1]*See* Tex. R. App. P. 47.4.

[2]Based on our disposition of the parties' joint motion, the Department of Family and Protective Services's request to stay its briefing deadline is denied as moot.

App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W.2d 387, 388 (Tex. 1995).

Costs of these appeals shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: December 7, 2017